KIMBERLY G. SHLESINGER, ESQ. (SBN 207169)
ATTORNEY AT LAW
3500 W. OLIVE AVENUE
SUITE 300
BURBANK, CA 91505
Telephone: (818) 827-7127
Facsimile: (818) 973-2707

JS-6

Attorney for Plaintiffs:
Jennifer Cowgill & Burton Cowgill

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER COWGILL and BURTON COWGILL, <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI RANCHO LAS PALMAS RESORT; OMNI HOTELS MANAGEMENT CORPORATION; and DOES 1 TO 25, Inclusive, <br><br> Defendants. | Case No.:5:18-cv-02544-RGK-AS <br><br> ORDER REMANDING ACTION TO STATE COURT PURSUANT TO PARTIES' JOINT STIPULATION <br><br> [State Court Case No. PSC1801602] |

### ORDER

The Court, having reviewed and considered the parties' Joint Stipulation to Remand the action to state court, and good cause appearing therefore, orders that this action is hereby remanded back without prejudice to the Superior Court of the State of California for the County of Riverside from which it was removed (Case No. PSC1801602).

**IT IS SO ORDERED.**

DATED: January 29, 2019

*Gary Klausner* (signature)

_____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT COURT